IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA.

MICHAEL A. SINGLETON 344630 ON BEHALF OF THE PEOPLE

VS.

THE UNITED STATES DEFENDANTS: N.J. Federal District, S.C. Federal District, The Greenville S.C. District Court, Magistrate Judge Bruce H. Hendricks, District Court Judge C.W. Houck, U.S. District Judge Terry L. Wooten, 10 unidentified U.S. Marshals.

    The Petitioner is returned to the Court pursuant the First Amendment to the U.S. Constitution, presenting his grievance of the Defendant's subjecting him to an gross misscarriage of justice, to an degree of irreparable injury, due to their failure to grant the Plaintiff in the liberties of federal laws inalienable rights.

    The Petitioner seeks to move the court to appoint him competent assistance of a federal firm of legal counsel, to assist the Petitioner in being imediately redressed of his sufferings of federal injustices inflicted upon him for over 10 years, with over 2 years of dilligently sort relief in the federal court to no avail, leading to an present unlawful federal assault, by U.S. Marshals acting on behalf of the State of S.C., for him still to be deprived of special circumstances federal equitable imediate relief.

Seeking to pursue 4TH Circuit U.S. Court of Appeals § 1254 Application.

MICHAEL A. SINGLETON 344630, PETITIONER ON BEHALF OF THE PEOPLE

VS.

The Criminal Justice System of The United States of America / Respondents / 10 Unidentyfied U.S. Marshals, / The Federal District of New Jersey / The Federal District of South Carolina / and The State government of both States.

RECEIVED 2011 MAY 17 P [illegible] D.C. CLERK, COLUMBIA

Pursuant to The First Amendment of the U.S. Constitution's Bill of Rights,

Comes The Petitioner, The helpless victim of the most gross miscarrige of Justice inflicted upon an American citizen, that warrants the criminal charges of; Kidnapping, conspiracy to Kidnapping, accessory after the act of Kidnapping, Human trafficing, holding one hostage, conspiracy, to 2 false arrests, 2 malicious prosecutions, unlawful imprisonment, 2 unlawful convictions, excessive, unreasonable force, defamation of character, slander, failure to intervene, in acts of egregious Police illegality, that holds The Petitioner subjected to over 10 years of irreparable injury, by this Petition's respondent.

The gross miscarriage of Justice began 10-16-01 to 1-16-03, with the State of S.C.'s 9TH Judicial Circuit's government office's State Court's, stripping me of ALL Protections of A Person's Civil Liberties, inalienable Rights, and making me guilty of an unsuspecting charge, as DNA cleared me of the charge I was arrested, and held deprived of My Liberty, without recieving any due process of Law for over 15 months, and unable to recieve redress in any state court, forcing me to The U.S. District Court of S.C. to still

not recieve redress of being denied ALL Liberties of Laws, within Federally Guaranteed Rights, handed down to a State's Criminal Proceeding. Although my filings were called into Federal Review, of Federal question jurisdiction, but no Habeas Corpus writ was issued, on my meritorious claims, subjecting me to irreparable injury, for that unlawful conviction alienated me of the Rights to juryduty, vote, certain jobs etc., Brown vs. Andrews, 180 F.3d 403, 406 n.2 [2d cir. 1999]. The then sought, dillegently, and just due writ of equatiable federal relief in The Greenville District Court, holds my claim of Federal failure to intervene fully substantiated. For that miscarriage of justice has lead to the July 14, 2010, 6 a.m. invasion of my dwelling by approximately 10 U.S. Marshals, holding me The victim of an federal assult again on my First Amendment Rights. I am again Petitioning The U.S. Government to view The merits of my grievance of being The victim of an terrorist assualt on my Constitutional Rights, as I am seeking criminal prosecution to be served upon ALL those whom have subjected me to over 10 years of suffering, in a system founded to serve FAIR, BALANCED, JUSTICE to ALL. For now I am The victim of my federally guaranteed rights, Liberties of Laws being violated to an gross level of fundamental defects, that has subjected me to an criminally gross miscarriage of justice, Reed vs. Farley, 512 U.S. 339, 348 [1994]. The failure of Federal courts and their government offices to secure me in my fundamental Rights to The Equal protections

of laws, and me being held prisoner to a broad denial of redress, has subjected me to irreparable injury, as I AM unlawfully subjected to an significant adverse collateral consequences of that diligently challenged conviction, Nakell vs. Att'y Gen. of N.C. 15 F.3d 319, 322-23, 4TH Cir. [1994], of 2003, as a diligent defense leads to an Pre-trial unlawful conviction of 2011, as again the federal court fails to imediately intervene on behalf of the people, facing the unlawful operations of now 2 states governments, launched by federal agents oppressive conduct, that holds me the victim of an vigilante assult, violating The civil Rights Act of 1871, U.S.C. Section 1983, Title 42, as I AM deprived of constitutional Rights, and Liberties of federal laws, by persons acting on behalf of the State of South Carolina.

   The misconstruction of Magistrate Judge Bruce H. Hendricks continuously changing my filings case numbers, holds me deprived of redress, to an irreparable injuring degree, of over 10 years of denied redress. from case filing 8:02-cv-03048-CWH of over 8 years ago, to case filing 8:10-2548-TLW-BHH of 2010, to now case filing 2:11-CV-01034-TLW-BHH, I AM suffering a gross miscarriage of Justice, and seek a change of venue to the most superiour federal District of America's federal court.

                                       MOST TRUEFULLY SUBMITTED
                                                                344630
                                       Michael A. Singleton  5-17-11